Sol R. Malkin, Trading as Malkin, Glick and Malkin, Appellee, v. Arthur August, Trading as Preferred Builders of Chicago, and Arthur August Lumber and Supply Company, Appellant.

Arthur August, Trading as Preferred Builders of Chicago, and Arthur August Lumber and Supply Company, Appellant, v. Sol R. Malkin, Trading as Malkin, Glick and Malkin, Appellee.

Gen. No. 43,314.

Heard in the second division, first district, this court at the February term, 1945; opinion filed November 6, 1945; released for publication November 20, 1945. Rathje, Hinckley, Kulp & Sabel, for appellant; James P. Walsh and Joseph J. Sullivan, Jr., of counsel; Norman Asher, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.

Sol R. Malkin, Trading as Malkin, Glick and Malkin, Appellee, v. Arthur August, Trading as Preferred Builders of Chicago, and Arthur August Lumber and Supply Company, Appellant. Continental Illinois National Bank and Trust Company, Garnishee.

Gen. No. 43,315.

Heard in the second division, first district, this court at the February term, 1945; opinion filed November 6, 1945; released for publication November 20, 1945. Rathje, Hinckley, Kulp & Sabel, for appellant; James P. Walsh and Joseph J. Sullivan, Jr., of counsel; Norman Asher, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.

Patrick H. McCormack, Appellee, v. Thomas J. Friel et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 43,262.

Heard in the second division, first district, this court at the December term, 1944; opinion filed November 6, 1945; released for publication November 20, 1945. Frank L. Kriete, Warner H. Robinson and Arthur J. Donovan, for appellants; William J. Flaherty, of counsel; Alexander J. Reiff, Joseph A. McInerney and Ode L. Rankin, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.